EDWARD A. ESQUEDA, ESQ.  #146057
Law Offices of Edward A. Esqueda
1455 W. BEVERLY BLVD.
MONTEBELLO, CALIFORNIA 90640

TELEPHONE: (323)727-7763
eaejustice@att.net

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.2:12-CR-00039 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | PROPOSED ORDER TO |
| | ) | CONTINUE STATUS |
| JOSE ALFREDO HERNANDEZ-GARCIA | ) | CONFERENCE |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from June 1, 2012, to July 20, 2012 at 9:00 a.m. They stipulate that the time between June 1, 2012 and July 20, 2012 should be excluded from the calculation of time under the Speedy Trial Act.  The parties further stipulate that the ends of justice are served by the Court excluding time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. sect. 3161 (h) (7) (B) (iv) and Local Code T-4.  Specifically, defense counsel needs additional time to review the voluminous discovery in said matter.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

˘ 1 ˘

Dated: June 7, 2012				Respectfully submitted,


						*/s/ Edward A. Esqueda*
						**Edward A. Esqueda**
						**Attorney for Defendant**
						**Jose Alfredo Hernandez-Garcia**


						*/s/ Michael Beckwith*
						**Assistant United States Attorney**
						**Attorney for Plaintiff**

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for June 1, 2012, be continued to July 20, 2012, at 9:00 a.m.

Based on the representation of counsel and good cause appearing, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is Ordered that the time from the date of this Order, to and including, the July 20, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. sect. 3161(h)(7)(B)(iv) and Local Code T-4.

Date: 6/8/2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

**EDWARD A. ESQUEDA, ESQ. #146057**
**Law Offices of Edward A. Esqueda**
**1455 W. BEVERLY BLVD.**
**MONTEBELLO, CALIFORNIA 90640**

**TELEPHONE: (323)727-7763**
**eaejustice@att.net**

**Attorney for Defendant**

### UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.2:12-CR-00039 GEB |
| Plaintiff, ) | |
| Vs. ) | CERTIFICATE OF SERVICE |
| JOSE ALFREDO HERNANDEZ-GARCIA ) Defendant. ) | |

**Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Stipulation and Proposed Order to Continue Status Conference has been electronically served this day upon : United States Attorney's Office, Michael M. Beckwith, 501 I Street, Suite 10-100, Sacramento, CA 95814.**

Dated: June 7, 2012

**Respectfully submitted,**
/s/*Edward A. Esqueda*

**Edward A. Esqueda, Esq.**
**eaejustice@att.net**