1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS BEEVERS, Bar #288639
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  LUIS MEJIA-CALDERON

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No.   CR. S-12-00039 TLN
                                     )
12              Plaintiff,           )   STIPULATION AND ORDER
                                     )   TO CONTINUE STATUS CONFERENCE
13        v.                         )
                                     )
14  LUIS MEJIA-CALDERON, et al.,     )   Date:    June 20, 2013
                                     )   Time:    9:30 a.m.
15              Defendants.          )   Judge:   Hon. Troy L. Nunley
                                     )
16  _____ )

17

18       The parties request that the status conference in this case be continued from April 12,

19  2013, to June 20, 2013 at 9:30 a.m.  They stipulate that the time between April 12, 2013 and

20  June 20, 2013 should be excluded from the calculation of time under the Speedy Trial Act.

21  The parties stipulate that the ends of justice are served by the Court excluding such time, so

22  that counsel for the defendant may have reasonable time necessary for effective preparation,

23  taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). Specifically,

24  counsel needs additional time investigate the facts of the case, review discovery, and to

25  negotiate a resolution to this matter. The parties stipulate and agree that the interests of justice

26  served by granting this continuance outweigh the best interests of the public and the

27  defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

28

| | |
|---|---|
| 1 | Dated: May 17, 2013 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Dated: May 17, 2013 |
| 9 | |
| 10 | |
| 11 | Dated: May 17, 2013 |

1  Dated:    May 17, 2013                    Respectfully submitted,

2                                            HEATHER E. WILLIAMS
                                             Federal Defender
3
                                             /s/ Douglas Beevers
4                                            DOUGLAS BEEVERS
                                             Assistant Federal Defender
5                                            Attorney for Defendant
                                             LUIS MEJIA-CALDERON
6

7
   Dated:    May 17, 2013                    /s/ Mark Reichel
8                                            MARK REICHEL
                                             Attorney for Defendant
9                                            JOSE ALFREDO HERNANDEZ-GARCIA

10

11 Dated:    May 17, 2013                    BENJAMIN B. WAGNER
                                             United States Attorney
12

13                                           /s/ Michael Beckwith
                                             Michael Beckwith
14                                           Assistant United States Attorney

15

16
                                   **ORDER**
17
        UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the
18
   status conference presently set for April 12, 2013, be continued to June 20, 2013, at 9:30 a.m.
19
   Based on the representation of counsel and good cause appearing therefrom, the Court hereby
20
   finds that the ends of justice to be served by granting a continuance outweigh the best
21
   interests of the public and the defendant in a speedy trial.  It is ordered that time from the date
22
   of this Order, to and including, the June 20, 2013, status conference shall be excluded from
23
   computation of time within which the trial of this matter must be commenced under the
24
   Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.
25

26
   Dated:    May 17, 2013
27

28
                                             _____
                                             Troy L. Nunley
                                             United States District Judge

Stip and Order                              -2-