BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-0039 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| LUIS MEJIA-CALDERON, et al., | |
| Defendants. | |

The parties request that the status conference currently set for June 20, 2013, be continued to July 11, 2013, and stipulate that the time beginning June 20, 2013, and extending through July 11, 2013, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18U.S.C. § 3161(h)(7)(B)(iv).  Specifically, counsel needs additional time to investigate the facts of the case, review discovery and to negotiate a resolution to this matter.  The parties stipulate and agree that the interest of justice served by grating this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18U.S.C. § 3161(h)(7)(B)(iv).

///

///

Dated: June 17, 2013                    BENJAMIN B. WAGNER
                                        United States Attorney


Dated: June 17, 2013                    /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant United States Attorney

Dated: June 17, 2013                    /s/ Mark Reichel
                                        MARK REICHEL
                                        Attorney for defendant Jose Hernandez-Garcia

Dated: June 17, 2013                    /s/ Douglas Beevers
                                        DOUGLAS BEEVERS
                                        Attorney for defendant Luis Mejia-Calderon


## ORDER


UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for June 20, 2013, be continued to July 11, 2013, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court herby finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including July 11, 2013, status conference shall be excluded from the computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.


Dated:        June 19, 2013


                                        Troy L. Nunley
                                        United States District Judge